AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LORA L. LISKOWITZ,**

        Plaintiff,

    V.                      CASE NUMBER: **06-C-1229**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that the plaintiff is not disabled is AFFIRMED.**

    **This action is hereby DISMISSED.**

| | |
|---|---|
|     **January 10, 2008** |   **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |